UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>BCI BUILDERS, INC.,<br><br>             Defendant. | Case No.  5:15-cv-01564-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

Having reviewed Plaintiff The Ohio Casualty Insurance Company's ("Plaintiff") Case Management Statement filed on September 17, 2015 (Docket Item No. 12), the court finds that a scheduling conference is premature at this time.  Accordingly, the Case Management Conference scheduled for September 24, 2015, is CONTINUED to **10:00 a.m. on October 29, 2015**.  The parties shall file a Joint Case Management Conference Statement on or before **October 22, 2015**.

**IT IS SO ORDERED.**

Dated: September 21, 2015



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-01564-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE