UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>   v.<br><br>BCI BUILDERS, INC.,<br><br>           Defendant. | Case No. 5:15-cv-01564-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the status of this action and in light of the pending request for entry of Defendant's default (Docket Item No. 14), the court orders as follows:

1. Plaintiff shall file a motion for default judgment within 30 days of the date the clerk enters Defendant's default on the docket.

2. The Case Management Conference scheduled for October 29, 2015, is CONTINUED to **10:00 a.m. on December 17, 2015.** The parties shall file a Joint Case Management Conference Statement or separate statements if appropriate on or before **December 10, 2015.**

**IT IS SO ORDERED.**

Dated:  October 21, 2015

                                          EDWARD J. DAVILA
                                          United States District Judge