James D. Curran, Esq.  (SBN 126586)
E-mail:  jcurran@wolkincurran.com
Shashauna Szczechowicz, Esq.  (SBN 249102)
Email:  sszczechowicz@wolkincurran.com
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff,
THE OHIO CASUALTY INSURANCE COMPANY

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 12/23/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation,<br><br>            Plaintiff,<br><br>       v.<br><br>BCI BUILDERS, INC., a California corporation; and Does 1-50, inclusive,<br><br>            Defendant. | Case No.: 5:15-cv-01564-EJD<br><br>**PLAINTIFF THE OHIO CASUALTY INSURANCE COMPANY'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE** |

**TO THE COURT, THE CLERK AND ALL PARTIES:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff THE OHIO CASUALTY INSURANCE COMPANY ("Ohio Casualty") hereby dismisses all causes of action asserted in its Complaint (Document 1) against Defendant BCI BUILDERS, INC., <u>without prejudice</u>, each party to bear its own costs.

///

///

///

///

1.

1 | Defendant was served with the complaint and summons in this matter, and has never
2 | answered or otherwise appeared, and default was entered on October 28, 2015.  (Document 16.)
3 | The Clerk shall close this file.

Dated: December 22, 2015                                   WOLKIN • CURRAN, LLP

By: */s/ Shashauna Szczechowicz*

Shashauna Szczechowicz

Attorneys for Plaintiff,
THE OHIO CASUALTY COMPANY